UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Jerry W. Hershey, and
Kimberly S. Hershey

        Plaintiffs,

    vs.                                    ORDER

Deutsche Bank National Trust
Company, a Trustee for Long
Beach Mortgage Loan Trust
2002-4; Long Beach Mortgage
Company; and CBSK Financial
Group, Inc., and doing business as
American Home Loans; NLCS
Financial Services, Inc.

        Defendants.                Civ. No. 05-1081 (PAM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:    That the Plaintiffs' Complaint is dismissed as to CBSK Financial Group, Inc., and NLCS Financial Services, Inc., without prejudice, both for failure to comply with the terms of our Order of July 11, 2005, and for lack of prosecution.

                                                     BY THE COURT:

                                                     s/ Paul A. Magnuson

Dated: September 6, 2005                         Judge Paul A. Magnuson
At St. Paul, Minnesota                            United States District Court